5

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

NAME: Deborah P. Gutierrez
MAILING: 5301 Beethoven St. #109
CITY, STATE, ZIP CODE: Los Angeles,CA 90066

Nevada County Recorder
Gregory J. Diaz
Document#: 20110019144
Friday August 12 2011, at 03:54:17 PM
Rec Fee:$26.00 CCF:$1.00
Paid: $27.00 EM

RECEIVED AUG 2011

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

# NOTICE OF LIS PENDENS

**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Tanmay P. Mistry, Esq. SBN 251425
5301 Beethoven Street
Los Angeles, CA 90066
Telephone: (310) 893-6203
Facsimile: (800) 808-0428
Email: deborah@prosperlaw.com

Attorneys for Plaintiffs,
Billi Vogan and Harold Traupel

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BILLI VOGAN and HAROLD TRAUPEL, individuals.

Plaintiff,

vs.

WELLS FARGO BANK N.A; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2005-AR12; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS FORMERLY KNOWN AS FIRST AMERICAN LOAN STAR TRUSTEE SERVICES LLC; and Does 1~100, inclusive,

Defendants.

**Case No. 2:11-cv-02098-JAM -KJN**

**NOTICE OF LIS PENDENS**

**[CCPSection 405.20]**

NOTICE IS HEREBY GIVEN that the above-entitled action was commenced in the above-entitled court on August 8, 2011, by by Billi Vogan and Harold Traupel, Plaintiffs, against Defendants, WELLS FARGO BANK N.A; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2005-ARI2; WELLS FARGO HOME MORTGAGE; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS FORMERLY KNOWN AS FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; and Does 1- 100, inclusive.

The action relates to title to specific real property and the right to ownership and possession of specific real property located at 20066 Wildwood West Drive, Penn Valley, California 95946. Plaintiff claims an ownership interest in said property based upon title, and alleges that said defendants are attempting to foreclose on said real property without right, authority, or legal standing. Plaintiff's complaint states causes of action for Declaratory Relief, Negligence, Quasi Contract, Violation Of California Business And Professions Code Section 17200, Et Seq, Violation Of 15 U.S.C. 1641(G), Accounting, Constructive Trust, Wrongful Foreclosure And To Set Aside Trustee's Sale, To Void Or Cancel Trustee's Deed Upon Sale. Said real property is more particularly described as:

**REAL PROPERTY IN THE UNICORPORATED AREA OF THE COUNTY OF NEV ADA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:**

**PARCEL 3, AS SHOWN ON MAP NO. 90-75, BEING A PORTION OF LOT 4 OF PARCEL MAPS 13, PAGE 29, WITHIN THE SE ¼ OF SECTION 19,T.16N., R 7E, M.D.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF NEVADA, CALIFORNIA, RECORDED DECEMBER 9,1966, IN BOOK 18 OF PARCEL MAPS, PAGE 313. SAID LAND IS ALSO SHOWN ON THE MAP FILED FOR RECORD MAY 17,2001 IN BOOK 12 OF SURVEYS AT PAGE 259.**

**APN: 50-340-17-000**

Dated: August 9 , 2011

**PROSPER LAW GROUP, LLP**

By: [signature]
Deborah P. Gutierrez
Attorney for Plaintiffs,
Billi Vogan and Harold Traupel

# PROOF OF SERVICE

**Vogan, et al vs Wells Fargo Bank, N.A. et al.**
**USDC – Eastern District of California Case No. 2:11-cv-02098-JAM -KJN**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5301 Beethoven Street, Suite 109, Los Angeles, California 90066. On August 9, 2011, I served the following document(s) by the method indicated below:

**NOTICE OF LIS PENDENS**

[X] by placing the document(s) listed above in a sealed envelope via certified mail with postage thereon fully prepaid, in the United States mail at Marina Del Rey, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ] by placing the documents(s) listed above in sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

**(See attached service list)**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 9, 2011, at Los Angeles, California.

Danielle M. Doumar

# SERVICE LIST

**Vogan, et al vs Wells Fargo Bank, N.A. et al.**
**USDC – Eastern District of California Case No. 2:11-cv-02098-JAM -KJN**

Wells Fargo Bank N.A;

c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

US Bank National Association, As Trustee For WFMBS 2005-ARI2;

c/o C T Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Wells Fargo Home Mortgage;

c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

First American Trustee Servicing Solutions Formerly Known As First American Loanstar Trustee Services, LLC

c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833