**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Hazel S. Chu, Esq. SBN 271840
6100 Center Drive
Los Angeles, CA 90045
Telephone:  (310) 893-6200
Facsimile:   (310) 988-2930
Email:         deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLI VOGAN and HAROLD TRAUPEL, individuals.<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK N.A; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2005-AR12; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS FORMERLY KNOWN AS FIRST AMERICAN LOAN STAR TRUSTEE SERVICES LLC; and Does 1-10, inclusive,<br><br>Defendants. | CASE NUMBER<br>**Case No. 2:11-cv-02098-JAM - KJN**<br><br>**FILED**<br>SEP 22 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK<br><br>**ORDER RE: PLAINTIFFS' NOTICE OF ERRATA** |

The Court, having considered the Order to allow Plaintiffs' Notice of Errata

**ORDERS:**

☒ **Plaintiffs' Notice of Errata is accepted by the Court.**

Dated: 9-22-2011

_____
United States District Judge/Magistrate Judge