UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLI VOGAN and HAROLD TRAUPEL, individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK N.A.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2005-AR12; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS FORMERLY KNOWN AS FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; and Does 1-100, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-02098-JAM-KJN<br><br>**ORDER GRANTING DEFENDANTS WELLS FARGO BANK, N.A. AND U.S. BANK, N.A.'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date:     November 2, 2011<br>Time:     9:30 a.m.<br>Room:    6, 14th Floor<br>Judge:    The Hon. John A. Mendez<br><br>Complaint Filed:   August 5, 2011<br>Trial Date:             None |

Defendants Wells Fargo Bank, N.A. (wrongfully sued as Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage) and U.S. Bank, N.A. . (together, "Moving Defendants") have requested to appear telephonically for the hearing on the motion to dismiss set for November 2, 2011 at 9:30 a.m. in Courtroom 6 before the Honorable John A. Mendez.  Having taken this request under consideration,

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that Moving Defendants' request to appear telephonically is
2   granted.
3   IT IS SO ORDERED.

5   DATED: 10/24/2011            /s/ John A. Mendez
                                 The Honorable John A. Mendez
6                                U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com