1  MARY KATE SULLIVAN (State Bar No. 180203)
   KURT C. WENDLENNER (State Bar No. 238434)
2  M. ELIZABETH HOLT (State Bar No. 263206)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A., successor by
7  merger to WELLS FARGO HOME
   MORTGAGE; and U.S. BANK, N.A., as Trustee
8  for WFMBS 2005-AR12

9                    UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

11

12

13  BILL VOGAN and HAROLD TRAUPEL,           Case No. 2:11-CV-02098-JAM-KJN

14            Plaintiffs,                    **JOINT APPLICATION TO CONTINUE
                                             EXPERT REPORT DEADLINES
15     vs.                                   PURSUANT TO LOCAL RULE 144;
                                             ORDER**
16  WELLS FARGO BANK, N.A.; US BANK
    NATIONAL ASSOCIATION, AS TRUSTEE         Courtroom:    6
17  FOR WFMBS 2005-AR12; WELLS FARGO         Judge:        Hon. John A. Mendez
    HOME MORTGAGE; and FIRST
18  AMERICAN TRUSTEE SERVING                 Action Filed: August 5, 2011
    SOLUTIONS FORMERLY KNOWN AS              Trial Date:   None
19  FIRST AMERICAN LOANSTAR TRUSTEE
    SERVICES, LLC; and Does 1-100, inclusive,

20            Defendants.

21

22

23

24

25

26

27

28

07685.0950/2386167.1                                    2:11-CV-02098-JAM-KJN
                                                        Joint Stipulation; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

1  In accordance with Civil Local Rule 144(b), plaintiffs Billi Vogan and Harold Traupel and
2  defendants Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage; and US Bank, N.A., as Trustee
3  for WFMBS 2005-AR12, by and through counsel, respectfully request this Court to continue this
4  case's expert disclosure deadlines pursuant to Federal Rule of Civil Procedure 26(a)(2).

5  In a pre-trial scheduling order issued March 5, 2012, the Court set the Rule 26(a)(2)
6  deadline for **October 9, 2012**. Supplemental disclosures and rebuttal expert disclosures are due on
7  **October 30, 2012**. The final discovery cut-off is **November 20, 2012**. *See* Status (Pre-Trial
8  Scheduling) Order dated March 5, 2012, at 3 (Docket Entry [34]).

9  The parties request the Court to continue the initial expert disclosures deadline by four
10 weeks, to **November 6, 2012**. By the same token, they request the Court to extend the deadline
11 for supplemental disclosures and rebuttal expert disclosures to **November 20, 2012**.

12 These brief extensions will streamline the discovery process by permitting expert
13 discovery and fact discovery to close on the same date. The extensions are further warranted in
14 light of the impending October 3, 2012 hearing on plaintiff's counsel's motion to withdraw.

15 This extension will affect no other pending deadlines in this case. This is the parties' first
16 request for an extension of the deadlines set out in the Court's pre-trial scheduling order.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

07685.0950/2386167.1            1                    2:11-CV-02098-JAM-KJN
                                                     Joint Stipulation; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: September 25, 2012

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ M. Elizabeth Holt*_____
         M. Elizabeth Holt

Attorneys for Defendants
WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO HOME MORTGAGE; and U.S. BANK, N.A., as Trustee for WFMBS 2005-AR12

DATED:  September 25, 2012

PROSPER LAW GROUP LLP

By: _____*/s/ Deborah Gutierrez*_____
         Deborah Gutierrez

Attorneys for Plaintiffs
BILLI VOGAN and HAROLD TRAUPEL

---

07685.0950/2386167.1     2     2:11-CV-02098-JAM-KJN
Joint Stipulation; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

In accordance with the parties' joint stipulation, and good cause appearing, it is hereby ORDERED that the deadline for expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) is continued to **November 6, 2012**. The deadline for supplemental disclosures and disclosure of rebuttal experts under Rule 26(a)(2)(C) is hereby continued to **November 20, 2012**.

All other deadlines set forth in this Court's scheduling order of March 5, 2012, shall remain in full force and effect.

DATED:  9/25/2012

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE