IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLI VOGAN, *et al.*,

    Plaintiffs,          No. 2:11-cv-2098 JAM AC PS

    vs.

WELLS FARGO BANK N.A.,

    Defendants.        <u>ORDER</u>

                                    /

        This matter was referred to the undersigned on November 9, 2012 because plaintiffs were proceeding pro se after their attorney withdrew as counsel of record. <u>See</u> ECF No. 56. Presently pending is defendants' December 12, 2012 motion for summary judgment, scheduled for hearing on February 27, 2013.

        On February 8, 2013, plaintiffs filed a motion for substitution of counsel. Good cause appearing, that motion is granted and plaintiffs shall proceed in this matter with counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

        Accordingly, IT IS HEREBY ORDERED that:

1

1. This matter is referred back to the District Judge assigned to this action.

2. All dates pending before the undersigned are vacated;

3. Henceforth the caption on documents filed in this action shall be 2:11-cv-2098 JAM AC.

DATED: February 8, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;voga2098.refer.dj

2