1  MARY KATE SULLIVAN (State Bar No. 180203)
   M. ELIZABETH HOLT (State Bar No. 263206)
2  meh@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendants
   WELLS FARGO HOME MORTGAGE, a
7  division of WELLS FARGO BANK, N.A.;
   and US BANK, N.A., as Trustee for WFMBS
8  2005-AR12

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| BILLI VOGAN and HAROLD TRAUPEL, | Case No. 2:11-CV-02098-JAM-AC |
| Plaintiffs, | **FINAL JUDGMENT** |
| vs. | |
| WELLS FARGO BANK, N.A.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2005-AR12; WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVING SOLUTIONS FORMERLY KNOWN AS FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; and Does 1-100, inclusive, | |
| Defendants. | |

1
2   On May ___, 2013, the Court granted Defendants Wells Fargo Bank, N.A. ("Wells Fargo")
3   and US Bank, N.A., as Trustee for WFMBS 2005-AR12 ("U.S. Bank") motion for summary
4   judgment on all of Plaintiffs Billi Vogan and Harold Traupel's remaining claims against them.
5   Accordingly, it is ORDERED that judgment be granted in favor of Wells Fargo and U.S.
6   Bank and that plaintiffs take nothing.
7   It is further ORDERED that the Clerk of Court is directed to close the case file and any
8   pending matters related to it.
9   **IT IS SO ORDERED**.
10
11  DATED: May 7, 2013
12
                                    /s/ John A. Mendez
                                    The Honorable John A. Mendez
13                                  United States District Court Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28